FILED
2015 OCT 14  AM 10: 30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
MBA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) <br> v. <br> Jason Martin <br> DEFENDANT(S). | CASE NUMBER **SA15-524M** <br> 8:15 CR 397 T33 <br><br> AFFIDAVIT RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __United States District Court__
in the __Middle__ District of __Florida__ on __9/23/2015__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1349 and 1344__
to wit: _____

A warrant for defendant's arrest was issued by: __U.S. District Court, Middle District of Florida__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __Oct. 14, 2015__, by
__Maria Barr__, Deputy Clerk.

__[signature]__   __Johannes M. Van Den Hoogen__
Signature of Agent   Print Name of Agent

__FBI__   __Special Agent__
Agency   Title

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT